UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-01714 |
| | § | |
| LYNDA L SPANIAK | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,109.05 | Assets Exempt: | $27,721.00 |
| Total Distributions to Claimants: | $1,018.56 | Claims Discharged Without Payment: | $42,899.40 |
| Total Expenses of Administration: | $1,337.44 | | |

3)   Total gross receipts of $2,356.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,356.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,887.44 | $1,337.44 | $1,337.44 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $43,584.33 | $37,946.86 | $37,946.86 | $1,018.56 |
| **Total Disbursements** | $43,584.33 | $41,834.30 | $39,284.30 | $2,356.00 |

4). This case was originally filed under chapter 7 on 01/19/2015. The case was pending for 32 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/21/2017    By:  /s/ David P. Leibowitz
                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Estate of Charles Schroeder(Debtor's uncle, deceased 11/2014 - Cheryl Spaniak, Executor; Debtor has 1/4 share of estate | 1129-000 | $2,356.00 |
| **TOTAL GROSS RECEIPTS** | | $2,356.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $589.00 | $589.00 | $589.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $20.25 | $20.25 | $20.25 |
| Green Bank | 2600-000 | NA | $12.09 | $12.09 | $12.09 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $3,050.00 | $500.00 | $500.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $216.10 | $216.10 | $216.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,887.44 | $1,337.44 | $1,337.44 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $19,877.00 | $19,877.19 | $19,877.19 | $533.53 |
| 2 | PYOD, LLC its successors and assigns as | 7100-900 | $1,399.00 | $1,399.71 | $1,399.71 | $37.57 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | assignee | | | | | |
| 3 | Quantum3 Group LLC as agent for | 7100-900 | $769.71 | $1,002.80 | $1,002.80 | $26.92 |
| 4 | Fifth Third Bank | 7100-900 | $7,726.52 | $7,765.37 | $7,765.37 | $208.44 |
| 5 | Bureaus Investment Group Portfolio No 15 LLC | 7100-900 | $7,841.00 | $7,901.79 | $7,901.79 | $212.10 |
| | American Express | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase Card | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Comenity Bank/cathrins | 7100-000 | $1,049.10 | $0.00 | $0.00 | $0.00 |
| | Comenity Bank/Lane Bryant | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Department of Finance | 7100-000 | $1,320.00 | $0.00 | $0.00 | $0.00 |
| | First Merit Bank, N.A. | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | Ford Motor Credit Corporation | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | GECRB/ Old Navy | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Illinois Collection Service, Inc. | 7100-000 | $678.00 | $0.00 | $0.00 | $0.00 |
| | Lane Bryant Retail/soa | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sears/cbna | 7100-000 | $2,824.00 | $0.00 | $0.00 | $0.00 |
| | Us Dept Of Education | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $43,584.33 | $37,946.86 | $37,946.86 | $1,018.56 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1                Exhibit 8

| Case No.: | 15-01714-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | SPANIAK, LYNDA L | | Date Filed (f) or Converted (c): | 01/19/2015 (f) |
| For the Period Ending: | 9/21/2017 | | §341(a) Meeting Date: | 02/24/2015 |
| | | | Claims Bar Date: | 10/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Cash | $0.00 | $0.00 | | $0.00 | FA |
| 2  First Merit - checking account | $3.00 | $3.00 | | $0.00 | FA |
| 3  American First Credit Union - savings account | $100.00 | $100.00 | | $0.00 | FA |
| 4  American First Credit Union - holiday account | $30.00 | $30.00 | | $0.00 | FA |
| 5  Security deposit w/ landlord | $1,000.00 | $0.00 | | $0.00 | FA |
| 6  Misc. household goods | $500.00 | $500.00 | | $0.00 | FA |
| 7  Misc. Petty Items: books, pictures, art, etc. | $100.00 | $100.00 | | $0.00 | FA |
| 8  Misc. clothing | $100.00 | $100.00 | | $0.00 | FA |
| 9  Misc. Petty Items: furs/jewelry | $100.00 | $100.00 | | $0.00 | FA |
| 10  Misc. Petty Items: hobby/sports equipment | $100.00 | $100.00 | | $0.00 | FA |
| 11  401k through work - Fidelity | $24,000.00 | $0.00 | | $0.00 | FA |
| 12  Pension - United Food and Commercial Workers Union | Unknown | $0.00 | | $0.00 | FA |
| 13  Walgreen stock (1) share - WBA | $76.05 | $76.05 | | $0.00 | FA |
| 14  2014 tax refund | $644.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Updated per amended schedules (dkt 17) | | | | | |
| 15  Estate of Charles Schroeder (Debtor's uncle, deceased 11/2014 - Cheryl Spaniak, Executor; Debtor has 1/4 share of estate--remainder to each of Debtor's 3 siblings) | Unknown | $2,356.00 | | $2,356.00 | FA |
| **Asset Notes:** Debtor has waived her claim of exemption in this asset per amended schedule C (dkt 27) | | | | | |
| 16  2001 Ford Focus 86k+ miles | $2,077.00 | $0.00 | | $0.00 | FA |
| **TOTALS (Excluding unknown value)** | **$28,830.05** | **$3,465.05** | | **$2,356.00** | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

06/21/2017   2017 Reporting Period:

Debtor has amended exemptions regarding the inheritance.  TFR submitted to UST for review 6/30/17.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:  2         Exhibit 8

| Case No.: | 15-01714-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SPANIAK, LYNDA L | Date Filed (f) or Converted (c): | 01/19/2015 (f) |
| For the Period Ending: | 9/21/2017 | §341(a) Meeting Date: | 02/24/2015 |
| | | Claims Bar Date: | 10/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

06/30/2016   2016 Reporting Period:

Trustee filed appearance in probate case and attended intervention hearing 4/22/16.

Received funds from probate - debtor claims exemption - negotiations with her attorney re other non-exempt assets

06/30/2015   2015 Reporting Period:

Debtor's uncle passed away in November 2014. Debtor will inherit 25% of uncle's estate. Trustee requests probate attorney's contact information to determine the exact nature of the inheritance.

| Initial Projected Date Of Final Report (TFR): | | Current Projected Date Of Final Report (TFR): | 08/13/2016 | /s/ DAVID LEIBOWITZ |
|---|---|---|---|---|
| | | | | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-01714-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SPANIAK, LYNDA L | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5301 | Checking Acct #: | ******1401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/19/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/24/2016 | (15) | Cheryl L. Spaniak | Probate Distribution from Debtor's Uncle's Estate | 1129-000 | $2,356.00 | | $2,356.00 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.85 | $2,355.15 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.67 | $2,351.48 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.79 | $2,347.69 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.78 | $2,343.91 |
| 08/21/2017 | 3001 | Lakelaw | Claim #: ; Amount Claimed: $216.10; Distribution Dividend: 100.00%; | 3120-000 | | $216.10 | $2,127.81 |
| 08/21/2017 | 3002 | Lakelaw | Claim #: ; Amount Claimed: $3,050.00; Distribution Dividend: 100.00%; | 3110-000 | | $500.00 | $1,627.81 |
| 08/21/2017 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $589.00 | $1,038.81 |
| 08/21/2017 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $20.25 | $1,018.56 |
| 08/21/2017 | 3005 | Discover Bank | Claim #: 1; Amount Claimed: $19,877.19; Distribution Dividend: 2.68%; | 7100-900 | | $533.53 | $485.03 |
| 08/21/2017 | 3006 | PYOD, LLC its successors and assigns as assignee | Claim #: 2; Amount Claimed: $1,399.71; Distribution Dividend: 2.68%; | 7100-900 | | $37.57 | $447.46 |
| 08/21/2017 | 3007 | Quantum3 Group LLC as agent for | Claim #: 3; Amount Claimed: $1,002.80; Distribution Dividend: 2.68%; | 7100-900 | | $26.92 | $420.54 |
| 08/21/2017 | 3008 | Fifth Third Bank | Claim #: 4; Amount Claimed: $7,765.37; Distribution Dividend: 2.68%; | 7100-900 | | $208.44 | $212.10 |
| 08/21/2017 | 3009 | Bureaus Investment Group Portfolio No 15 LLC | Claim #: 5; Amount Claimed: $7,901.79; Distribution Dividend: 2.68%; | 7100-900 | | $212.10 | $0.00 |

**SUBTOTALS**    $2,356.00    $2,356.00

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-01714-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SPANIAK, LYNDA L | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5301 | Checking Acct #: | ******1401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/19/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $2,356.00 | $2,356.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $2,356.00 | $2,356.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $2,356.00 | $2,356.00 | |

**For the period of 1/19/2015 to 9/21/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,356.00 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $2,356.00 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $2,356.00 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $2,356.00 |
| Total Internal/Transfer Disbursements | $0.00 |

**For the entire history of the account between 05/23/2016 to 9/21/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,356.00 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $2,356.00 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $2,356.00 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $2,356.00 |
| Total Internal/Transfer Disbursements | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3     Exhibit 9

| Case No. | 15-01714-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SPANIAK, LYNDA L | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5301 | Checking Acct #: | ******1401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 1/19/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,356.00 | $2,356.00 | $0.00 |

**For the period of 1/19/2015 to 9/21/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,356.00 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $2,356.00 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $2,356.00 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $2,356.00 |
| Total Internal/Transfer Disbursements | $0.00 |

**For the entire history of the case between 01/19/2015 to 9/21/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,356.00 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $2,356.00 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $2,356.00 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $2,356.00 |
| Total Internal/Transfer Disbursements | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ